IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONALD C. THOMAS,
    Plaintiff,

vs.                              CASE NO.: 3:06cv362/LAC/MD

WARDEN ELLIS, et al.,
    Defendants.

---

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 23, 2007. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

    Having considered the report and recommendation and the objections thereto, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This case is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for plaintiff's failure to state a claim, and the clerk is directed to close the file.

    DONE AND ORDERED this 5th day of March, 2007.

                                          _s/L.A. Collier_
                                          **LACEY A. COLLIER**
                                          **SENIOR UNITED STATES DISTRICT JUDGE**